# Third District Court of Appeal

## State of Florida

Opinion filed January 16, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2161
Lower Tribunal No. 14-10507
_____

**Andria Pardes,**
Petitioner,

vs.

**Michael Pardes, et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Stanford Blake, Judge.

Weissman & Dervishi, P.A., and Jeffrey M. Weissman (Fort Lauderdale), for petitioner.

Law Offices of Paul Morris, P.A., and Paul Morris; Law Offices of Kornreich & Associates, and Gerald I. Kornreich and Amber Kornreich, for respondent Michael Pardes.

Before FERNANDEZ, LOGUE and SCALES, JJ.

PER CURIAM.

In this dissolution of marriage case, Petitioner Andria Pardes seeks certiorari review of a trial court order denying her motion to disqualify the attorney of Respondent Michael Pardes. The factual findings in the trial court's order are supported by competent substantial evidence in the record, and the trial court's legal conclusions do not depart from the essential requirements of law. We therefore deny the petition.

Petition denied.